ACCEPTED
01-14-00969-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 6:00:44 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00969-CV

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 6:00:44 PM
CHRISTOPHER A. PRINE
Clerk

BRYAN BLACK

Appellant,

v.

SMITH PROTECTIVE SERVICES, INC.

Appellee.

ON APPEAL FROM THE
189TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

**NOTICE OF CHANGE OF ADDRESS**

## FIRST AMENDED NOTICE OF CHANGE OF ADDRESS

PATRICK G. HUBBARD, Attorney for Applicant, TAMMY DENISE CHESSHER, provides this notice of change of address effective September 14, 2015.

Current address:
Patrick G. Hubbard
State Bar No. 10139500
Hubbard Law Firm
1075 Kingwood Drive, Suite 203
Kingwood, TX 77339
Tel: 281.358.7035
Fax: 281.358.7008
Email: phubbard@patrickhubbardlaw.com

**New Address Effective September 14, 2015**
**Patrick G. Hubbard, Attorney at Law**
**State Bar No. 10139500**
**1525 Lakeville Drive, Suite 133**
**Kingwood, TX 77339**
**Tel: 281.358.7035**
**Fax: 281.358.7008**
**Email: phubbard@patrickhubbardlaw.com**

Respectfully submitted,

Hubbard Law Firm

By: _____
PATRICK G. HUBBARD
Texas Bar No. 10139500
1075 Kingwood Drive, Suite 203
Kingwood, TX   77339
Tel. (281) 358-7035
Fax. (281) 358-7008
Email: phubbard@patrickhubbardlaw.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on _____9.10_____, 2015.

_____
PATRICK G. HUBBARD